IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PERRY KEVIN SASSER,                )
                                   )
          Plaintiff,               )
v.                                 )          CASE NO. 2:04-cv-339-F
                                   )          WO
STATE OF ALABAMA DEPARTMENT        )
OF CORRECTIONS, *et al.,*          )
                                   )
          Defendants.              )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the

ORDER, JUDGMENT, and DECREE of the Court that:

(1)  Judgment be and is hereby entered in favor of the Defendants and against the

Plaintiff.

(2)  Costs are taxed against Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of June, 2005.


                              _____/s/ Mark E. Fuller_____
                              CHIEF UNITED STATES DISTRICT JUDGE